ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARANJIT SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | CASE NO. 2:26-CV-02216-DJC-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINE FOR DEFENDANTS' RESPONSE |

For the following reasons, Defendants and Plaintiff respectfully request an extension of time for Defendants to file their answer or alternate responsive pleading.

The current action alleges that Defendant U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of Plaintiff's I-485 Application. Since the filing of the Complaint, the parties have been communicating about the agency's work toward adjudicating this case. The next step toward adjudication is the Plaintiff's interview, which the agency will schedule tentatively in mid-September. This interview and any follow up work is necessary to the adjudication of the subject petition. The current deadline for Defendants to file an answer is August 28, 2026.

Accordingly, the parties stipulate an extension of the deadline for Defendants to respond for approximately ninety days to and including November 27, 2026. The parties further request that all other applicable dates and deadlines be similarly extended.

Based on the foregoing stipulation, the new date for Defendants to file an answer or other responsive pleading is November 27, 2026. Any and all other pending proceedings and/or deadlines are similarly extended.

Dated: August 28, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: August 27, 2026

*/s/ Christina S. Castro (as authorized on August 27, 2026)*
CHRISTINA S. CASTRO
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: August 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE